UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATHEW JAGGER,

                    Plaintiff,

        v.

JOSEPH LEHMAN,

                    Defendant.

Case No.  C05-5576FDB

ORDER GRANTING I.F.P.
APPLICATION

        Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**.  Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and plaintiff does not appear to have funds available to afford the $250.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation. .

        The Clerk is directed to mail a copy of this Order to plaintiff.

        DATED this 28th day of September, 2005.


                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER
Page - 1