UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATHEW JAGGER,

        Plaintiff,

  v.

JOSEPH LEHMAN,

        Defendants

Case No.  C05-5576FDB

ORDER DISMISSING
**COMPLAINT PURSUANT TO
28 U.S.C. § 1915**

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, and there being no objections filed, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's causes of action are DISMISSED;

(3)    The Clerk is directed to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to the Hon. J. Kelley Arnold.

DATED this 23rd day of February 2006.

                          FRANKLIN D. BURGESS
                          UNITED STATES DISTRICT JUDGE

ORDER
Page - 1